UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:23-cv-02498-JA-LHP

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

ARC CAFEUSA001, LLC, and
WENDY'S PROPERTIES, LLC,
d/b/a WENDY'S 1759,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff MICHAEL R. MCNEIL, and Defendants ARC CAFEUSA001, LLC, and WENDY'S PROPERTIES, LLC, d/b/a WENDY'S 1759, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, with prejudice, of this action, against Defendants.

Respectfully submitted this 7th day of May 2024.

| | |
|---|---|
| By: /s/Joe M. Quick, Esq. | By: /s/Eric Craft, Esq. |
| Joe M. Quick, Esq. | Eric Craft, Esq. |
| Florida Bar No.: 0883794 | Florida Bar No.: 1035294 |
| Law Office of Joe Quick, P.A. | Constangy, Brooks, Smith & Prophete, LLP |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 1224 S. Peninsula Drive #619 | 100 N. Tampa Street, Ste 2650 |
| Daytona Beach, Florida 32118 | Tampa, Florida 33602 |
| Tel: (386) 212-3591 | Tel: (813) 223-7166 |
| E-mail: JMQuickesq@gmail.com | E-mail: ecraft@constangy.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
  Joe M. Quick, Esq.
  Florida Bar No.: 0883794
  Law Office of Joe Quick, P.A.
  *Counsel for Plaintiff*
  1224 S. Peninsula Drive #619
  Daytona Beach, Florida 32118
  Tel: (386) 212-3591
  E-mail:JMQuickesq@gmail.com